FIRST NAT. BANK OF CITY OF BROOKLYN, Appellant, v. LAFAYETTE TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by the First National Bank of

the City of Brooklyn against the Lafayette Trust Company and another. No opinion. Judgment and order (85 Misc. Rep. 341, 148 N. Y. Supp. 491) affirmed, with costs. See, also, 86 Misc. Rep. 558, 149 N. Y. Supp. 374.